1  Tanya E. Moore, State Bar No. 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street Ste. 342
   San Jose, California 95113
3  Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   E-mail: service@moorelawfirm.com
5
   Attorney for Plaintiff, Darren Gilbert
6

7  MICHAEL J. RYAN, State Bar No. 163603
   mryan@sksrlawyers.com
8  DAVINA DAWSON, State Bar No. 331622
   ddawson@sksrlawyers.com
9  STEARNS KIM STEARNS & RYAN
   3424 W. Carson Street, Suite 670
10 Torrance, CA 90503
   Phone:   (310) 793-9570
11 Fax:     (310) 793-9575

12 Attorneys for Defendants: California Heritage Partners, LLC., Saeed I. Khan DBA Cigarette City;
   Nasreen A. Khan Retail Corporation, Inc. Dba Cigarette City
13

14
                           UNITED STATES DISTRICT COURT
15
                           EASTERN DISTRICT OF CALIFORNIA
16

17  DARREN GILBERT,                        )   CASE NO.: 2:22-CV-01421-TLN-DB
                                           )
18       Plaintiff,                        )
                                           )
19  vs.                                    )   Complaint Filed: August 10, 2022
                                           )   Trial Date: Not Set
20                                         )
    CALIFORNIA HERITAGE PARTNERS,          )   **JOINT STIPULATION TO SET**
21  LLC; SAEED I. KHAN dba CIGARETTE       )   **ASIDE ENTRY OF DEFAULT;**
    CITY; NASREEN A. KHAN RETAIL           )   **ORDER**
22  CORPORATION, INC. dba CIGARETTE        )
    CITY;                                  )
23                                         )
                                           )
24       Defendants.                       )
                                           )
25  _____ )

26

27

28
                                           1

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between Plaintiff, DARREN GILBERT, a corporation; ("Plaintiff") and Defendants, CALIFORNIA HERITAGE PARTNERS, LLC; SAEED I. KHAN dba CIGARETTE CITY; NASREEN A. KHAN RETAIL CORPORATION, INC. dba CIGARETTE CITY (collectively, the "Defendants") that:

WHEREAS, on August 10, 2022, Plaintiff filed a Complaint against Defendants in the Eastern District of California Court, Fresno Division;

WHEREAS, on September 28, 2022, Plaintiff and Defendant CALIFORNIA HERITAGE PARTNERS, LLC, entered a stipulation for Defendant's responsive pleading to be due on October 25, 2022;

WHEREAS, on September 28, 2022, Plaintiff filed his Request for Entry of Default as to Defendants SAEED I. KHAN dba CIGARETTE CITY; NASREEN A. KHAN RETAIL CORPORATION, INC. dba CIGARETTE CITY only;

WHEREAS, on September 28, 2022, the Court, entered default of Defendants SAEED I. KHAN dba CIGARETTE CITY; NASREEN A. KHAN RETAIL CORPORATION, INC. dba CIGARETTE CITY and CALIFORNIA HERITAGE PARTNERS, LLC;

WHEREAS, STEARNS KIM STEARNS & RYAN represents all Defendants in this action;

WHEREAS, Plaintiff stipulates to set aside the defaults as to Defendants CALIFORNIA HERITAGE PARTNERS, LLC, SAEED I. KHAN dba CIGARETTE CITY; NASREEN A. KHAN RETAIL CORPORATION, INC. dba CIGARETTE CITY, with all Defendants to file a responsive pleading no later than October 31, 2022.

WHEREAS, this extension does not alter the date of any event or deadline already fixed by Court order;

THEREFORE, IT IS HEREBY STIPULATED that the September 28, 2022 entry of default as to Defendants CALIFORNIA HERITAGE PARTNERS, LLC, SAEED I. KHAN dba CIGARETTE CITY; NASREEN A. KHAN RETAIL CORPORATION, INC. dba CIGARETTE CITY  be set aside,

2

Gilbert v. California Heritage Partners, LLC., et al.                                Case No.: 2:22-cv-01421-TLN-DB
**JOINT STIPULATION TO SET ASIDE DEFAULT**

with all Defendants to file responsive pleadings no later than October 31, 2022.

Dated: October 19, 2022                MOORE LAW FIRM, P.C.

                                       /S/ Tanya E. Moore

                                       By: _____
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Darren Gilbert


Dated: October 19, 2022                STEARNS KIM STEARNS & RYAN

                                       /S/ Michael J. Ryan

                                       By: _____
                                           Michael Ryan
                                           Attorneys for Defendant
                                           California Heritage Partners, LLC


**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation by the parties, as follows:

1. The Request for Entry of Default entered on September 28, 2022, in the above-entitled Court against Defendants SAEED I. KHAN dba CIGARETTE CITY; NASREEN A. KHAN RETAIL CORPORATION, INC. dba CIGARETTE CITY and CALIFORNIA HERITAGE PARTNERS, LLC, is hereby vacated;

2. Defendants to file responsive pleadings no later than October 31, 2022.

Dated: October 21, 2022

                                       _____
                                       Troy L. Nunley
                                       United States District Judge

3

Gilbert v. California Heritage Partners, LLC., et al.                Case No.: 2:22-cv-01421-TLN-DB

**JOINT STIPULATION TO SET ASIDE DEFAULT**